# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 06-960
Consolidated with 06-766 and 06-961

ANTONIO GARCIA

VERSUS

VAUGHAN ROOFING & SHEET METAL, INC., ET AL.

**********

APPEAL FROM THE
OFFICE OF WORKER'S COMPENSATION
DISTRICT FOUR,  NO. 04-04993
HONORABLE SHARON MORROW, JUDGE

**********

## OSWALD A. DECUIR
## JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**APPEAL DISMISSED.**

Janice Barber
The Janice H. Barber Law Corporation
505 Loire Avenue, Suite A
Lafayette, LA 70507
(337) 896-5420
COUNSEL FOR PLAINTIFF/APPELLEE:
    Antonio Rodriguez

Robert Martina
Gallow & Jeffcoat, L.L.P.
Post Office Box 61550
Lafayette, LA 70596
(337) 984-8020
COUNSEL FOR PLAINTIFF/APPELLEE:
    Integrity Contracting

**Deborah E. Lamb**
**Taylor, Porter, Brooks & Phillips**
**Post Office Box 2471**
**Baton Rouge, LA 70821**
**(225) 387-3221**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Louisiana Worker's Compensation Corporation**

**Kirk Landry**
**Keogh, Cox & Wilson, Ltd.**
**Post Office Box 1151**
**Baton Rouge, LA 70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Vaughan Roofing & Sheet Metal, Inc.**

**Sylvia Fordice**
**Louisiana Department of Justice**
**556 Jefferson Street, 4th floor**
**Lafayette, LA 70501**
**(337) 262-1700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **State of Louisiana**

**DECUIR**, Judge.

For the reasons assigned in our opinion in the appeal bearing our docket number 06-766, on our own motion we hereby dismiss the appellant's appeal at appellant's cost. This court lacks appellate jurisdiction of this matter.

**APPEAL DISMISSED.**